Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCCLENNING, an individual, ) | Case No.  CV 12-08040 CAS (RZx) |
| ) | |
| Plaintiff, ) | NOTICE OF SETTLEMENT |
| vs. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. a ) | |
| Pennsylvania Corporation, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

   NOTICE IS HEREBY GIVEN that the parties have reached an agreement in

principle to resolve this matter in its entirety.  Plaintiff Mark McClenning and

Defendant NCO Financial Systems, Inc., anticipate finalizing a written agreement

and filing a stipulation of dismissal of this action in its entirety with prejudice

within 45 days.

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after March 29, 2013 for filing dispositional documents.

Dated: 2/13/13                    */s/Adam Stevens*
                                  Adam Stevens
                                  Attorney for Plaintiff
                                  Mark McClenning


Dated: 2/13/13                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                  */s/ Albert R. Limberg*
                                  Albert R. Limberg
                                  Attorney for Defendant
                                  NCO Financial Systems, Inc.